[No. 69539-8-I.   Division One.   April 21, 2014.]

JOLENE LAUWERS, *Appellant*, v. REGAL CINEMAS, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-31499-7, Lori Kay Smith, J., entered October 12, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 69742-1-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD D. WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04873-4, Michael Heavey, J., entered December 28, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 69754-4-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAVIS L. DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01203-9, Kimberley Prochnau, J., entered November 27, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.

[No. 69812-5-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN STEWART CLARDY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02230-3, Hollis R. Hill, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Dwyer, JJ.